ANTHONY EAGLIN (No. 148012)
(E-mail: eaglinlaw@gmail.com)
Attorney at Law
One Wilshire Building
624 S. Grand Ave., 22nd Floor
Los Angeles, California  90017
Telephone (213) 629-8734
Facsimile (213) 629-8735

Attorney for Defendant
NICHOLAS E. DEAN

O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 03-500-CAS |
| Plaintiff, | **[PROPOSED] ORDER RE JUDGMENT AND PROBATION/COMMITMENT ORDER RE: VIOLATION OF SUPERVISED RELEASE** |
| v. | |
| NICHOLAS E. DEAN, | |
| Defendant. | |

WHEREAS, on January 24, 2013, defendant, Nicholas E. Dean, by and through his counsel of record, Anthony Eaglin, filed with the Court, Ex Parte Application For Order To Dispose of Supervised Release Matter Without Hearing or Defendant's Presence; or Alternatively Schedule Hearing For Disposition Without Defendant's Presence.

WHEREAS, on January 28, 2013, the Court having considered defendant's ex parte application and for good cause having been shown, the Court ordered Defendant's Ex Parte Application For Order to Dispose of Supervised Release Matter Without Hearing or Defendant's Presence be Granted with disposition to occur by separate order.

/

/

1    IT IS HEREBY ORDERED that the Bench Warrant previously ordered by this
Court on May 15, 2008, requiring the detention and return of Nicholas E. Dean before
the United States District Court at Los Angeles, California, to show cause why the
supervision order in the above entitled matter, should not be revoked is hereby
Recalled.

   IT IS FURTHER ORDERED that defendant's supervised release be revoked,
vacated and set aside.

   IT IS ADJUDGED that defendant is hereby committed to the custody of the
Bureau of Prisons to be imprisoned for a term of 12 months and 1 day, with no
supervision to follow.  Said term of imprisonment shall run consecutively to any
undischarged term of imprisonment defendant is presently serving.

DATED: June 24, 2013            _____
                                HONORABLE CHRISTINA A SNYDER
                                United States District Judge

Presented by:

   */s/ Anthony Eaglin*
ANTHONY EAGLIN

cc:   U.S. Probation